```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VALERIE DICKS, *on behalf of herself and all others similarly situated*,

                              Plaintiff,

                           -v -

MODA GROUP, LLC,

                             Defendant.
-----------------------------------------------------------------X

1:22-cv-7653-GHW

<u>MEDIATION REFERRAL ORDER</u>

GREGORY H. WOODS, United States District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation should take place at least two weeks prior to the Initial Pretrial Conference, which has been scheduled for **December 19, 2022 at 4:30 p.m.** by separate order to be entered today. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

      SO ORDERED.

Dated: September 11, 2022
New York, New York

                                                    _____
                                                    GREGORY H. WOODS
                                                  United States District Judge