USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
VALERIE DICKS, *on behalf of herself and all others* :
*similarly situated,* :
: 1:22-cv-7653-GHW
:
Plaintiff, :
: ORDER
:
-v - :
:
MODA GROUP, LLC, :
:
Defendant. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendant's application for an extension of time, Dkt. No. 9, is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to January 12, 2023. The initial pretrial conference scheduled for December 19, 2022 is adjourned to January 19, 2023 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's September 11, 2022 order, Dkt. No. 5, are due no later than January 12, 2023. The deadline for the parties to participate in meditation is extended to January 5, 2023. *See* Dkt. No. 6.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9

SO ORDERED.

Dated: December 1, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge