```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :
VALERIE DICKS, *on behalf of herself and all others*  :
*similarly situated,*                                                :
                                                   :    1:22-cv-7653-GHW
                                  Plaintiff,   :
                                                   :          <u>ORDER</u>
                    -v -                        :
                                                   :
MODA GROUP, LLC,                        :
                                                   :
                               Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The initial pretrial conference scheduled for January 19, 2023 will instead be held on January 18, 2023 at 11:30 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  The joint status letter and proposed case management plan described in the Court's September 11, 2022 order, Dkt. No. 5, remain due no later than January 12, 2023.

      SO ORDERED.

Dated:  January 9, 2023
New York, New York

                                              GREGORY H. WOODS
                                       United States District Judge