```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                    :
VALERIE DICKS, *on behalf of herself and all others*  :
*similarly situated*,  :
                                                                    :         1:22-cv-7653-GHW
                                                     Plaintiff,   :
                                                                    :                <u>ORDER</u>
                                  -v -                            :
                                                                    :
MODA GROUP, LLC,                       :
                                                                    :
                                              Defendant.   :
                                                                    :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       On September 11, 2022, the Court referred this case to the Court-annexed Mediation Program.  *See* Dkt. No. 6.  That order "directed [the parties] to participate in the mediation in good faith" and stated that "[t]he mediation should take place at least two weeks prior to the Initial Pretrial Conference."  *See id.*  On December 22, 2022, the mediator indicated on the docket that "the court-ordered mediation in this case was not held as one or both parties failed, refused to attend, or refused to participate in the mediation."  Thus, the parties did not comply with the Court's September 11, 2022 order directing the parties to participate in mediation.

       Accordingly, the parties are directed to file, no later than February 3, 2023, a letter explaining their failure to comply with the September 11, 2022 order.  *See* Dkt. No. 6.  In the letter, the parties should address their ability to meet the deadline to mediate this dispute by at least two weeks prior to the initial pretrial conference.  As the parties are aware, the initial pretrial conference is currently scheduled for February 23, 2023.  *See* Dkt. No. 18.

       SO ORDERED.

Dated:  February 1, 2023  
New York, New York

                                                              GREGORY H. WOODS  
                                                          United States District Judge